04-CV-01135-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL No. 1407 |
| This document relates to the following action: BARBARA CARDWELL, PLAINTIFF, V. BAYER CORPORATION, DEFENDANT. MDL Case No. CV04-1135-BJR Originally filed in the District of Minnesota Case No. 04-1204JNE/JGL | ORDER FOR DISMISSAL |

The court has reviewed Defendants Bayer Corporation's motion for summary judgment, and being fully advised and having weighed all relevant factors, hereby orders that the motion is GRANTED. The plaintiff's complaint is dismissed with prejudice.

DATED at Seattle, Washington, this 17th day of August, 2005.

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

MOTION FOR SUMMARY JUDGMENT

Fulbright & Jaworski L.L.P.
2100 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
(612) 321-2800